**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| Richard Koplin | : |
| Plaintiff; | : |
| v. | : Civil No.   8:05-03009 |
| Wells Fargo Bank, et al. | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

By the consent of all parties hereto, the Clerk of the Court will please enter the above captioned matter as DISMISSED WITH PREJUDICE as to all parties. All parties to bear their own costs.

Respectfully submitted,

Meiselman, Salzer, Inman & Kaminow, P.C.

/S/
David J. Kaminow, Esquire
50 West Montgomery Avenue, Suite 230
Rockville, MD 20850
301-315-9400

Attorneys for plaintiff

Gohn Hankey and Stichel LLP

/S/
Henry Mark Stichel, Esquire
201 N Charles St Ste 2101
Baltimore, MD 21201

Attorneys for defendant Trans Union, LLC

Neuberger Quinn Gielen Rubin and Gibber PA

/S/
Nathan Daniel Adler, Esquire
One South St 27th Fl
Baltimore, MD 21202-3282

Attorneys for defendant Equifax Information Services, LLC

Shulman Rogers Gandal Pordy and Ecker PA

/S/
Sandy David Baron, Esquire
11921 Rockville Pike Ste 300
Rockville, MD 20852-2743

Attorneys for defendant Experian Information Solutions, Inc.

It is so ORDERED:

_____
Judge, United States District Court for the District of Maryland